IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAURENCE TARELL DOTSON,                       *

                Petitioner,           *

v.                                               Case No.  5:25-cv-00392-CAR-CHW

                                    *

SHERIFF DAVID DAVIS,                          *

                Respondent.           *

_____       *

**J U D G M E N T**

Pursuant to this Court's Order dated 4/29/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of April, 2026.

                    David W. Bunt, Clerk

                    s/ Raven K. Alston, Deputy Clerk